UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM, | No. 2:18-cv-01211-TLN-DB |
| Plaintiff, | |
| v. | ORDER |
| J. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2019, the magistrate judge filed findings and recommendations to dismiss the first amended complaint without leave to amend. (ECF No. 14.) Plaintiff was then provided notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff did not file objections to the findings and recommendations. Instead, he filed a "motion to dismiss," (ECF No. 16), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). That Rule provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." A notice of voluntary dismissal under Rule

1

41(a)(1) is effective at the moment it is filed, and no judicial approval or court order is required. *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993). Furthermore, "[u]nless the notice [of dismissal] … states otherwise, the dismissal is without prejudice." *See* Fed. R. Civ. P. 41(a)(1)(B).

Here, there have been no appearances by any defendant, let alone service of an answer or a motion for summary judgment. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 1, 2019, (ECF No. 14), are vacated;
2. Plaintiff's motion for extension of time to file objections (ECF No. 15) is denied as moot; and
3. The Clerk of Court is directed to terminate all remaining motions and close this case.

Dated: June 21, 2019

Troy L. Nunley
United States District Judge